≫Prob 12C
(Rev. 10/20 - D/SC)

# United States District Court

for

District of South Carolina

---

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:**  Matthew Rashaun Jones                **Case Number:**  2:16CR00122-005

**Name of Sentencing Judicial Officer:**  The Honorable David C. Norton, United States District Judge

**Date of Original Sentence:**  November 29, 2017

**Original Offense:**  Count 1: RICO Conspiracy - 18 U.S.C. § 1962(d)

**Original Sentence:**  The defendant was committed to the custody of the Bureau of Prisons for 151 months followed by 36 months supervised release with the following special conditions: 1. The defendant shall be placed on a location monitoring program with electronic monitoring with radio frequency for a term of 6 months. The defendant shall submit to curfew restrictions as approved by the U.S. Probation Officer, until such time as the location monitoring can be connected. 2. The defendant shall participate in a program of testing for substance abuse as approved by the U.S. Probation Officer. The defendant shall contribute to the costs of such testing not to exceed an amount determined reasonable by the court approved U.S. Probation Office's Sliding Scale for Services, and shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid.

**Type of Supervision:**  Supervised Release    **Date Supervision Commenced:**  December 27, 2022

**Assistant U.S. Attorney:**  Martin L. Holmes        **Defense Attorney:** Ann Briks Walsh

**Previous Court Action/Notifications:**    On December 21, 2022, Your Honor granted the defendant's compassionate release motion reducing his sentence to time served. All other provisions of the original judgement remain in effect to include the following updated special condition language: 1. The defendant must submit to substance abuse testing to determine if he has used a prohibited substance. 2. The defendant must be monitored on home detention with GPS location monitoring technology for a period of 180 days and follow the rules and regulations of the location monitoring program. The defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the officer. 3. The defendant must contribute to the cost of such monitoring and testing programs not to exceed the amount determined reasonable by the Court approved U.S. Probation Office's "Sliding Scale for Services."

On June 20, 2023, the defendant's conditions were modified to include mental health treatment.

On October 4, 2023, the Court was notified that the defendant failed to attend his mental health sessions missing appointments September 5, 19, 25 and October 2, 2023. The violation was held in abeyance and a written reprimand was issued.

✎Prob 12C                                                                                                                               Page 2
(Rev. 10/20 - D/SC)

On October 20, 2023, the Court was notified that on October 11, 2023, the defendant tested positive for marijuana. This test was confirmed positive by Abbott Toxicology Services on October 16, 2023. No action was requested at that time and a written reprimand was issued.

---

## PETITIONING THE COURT

☒    To issue a warrant (petition and warrant to remain under seal)

☐    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**                            **Nature of Noncompliance**

1. **New Criminal Conduct:** The defendant currently has an outstanding warrant with Colleton County Sheriff's Office for Assault 1st Degree.

   According to the incident report, on December 14, 2023, deputies responded to 1551 Green Pond Highway in reference to a burglary and theft of a firearm. During an interview with deputies, the victim stated she was in an intimate relationship with Matthew Jones. Jones came to her residence and kicked in the front door. Once inside the residence, Jones grabbed the victim by the neck, threw her on her bed, and began to strangle her. Deputies observed visible bruising on her neck consistent with being strangled. While strangling the victim, Jones opened her bedside table where he knew she kept her firearm and attempted to retrieve it. Prior to Jones coming to her residence, the victim had placed it in the glove box of her vehicle. Jones took the victim's car keys and stole the firearm from her glove box and left the residence prior to law enforcement's arrival.

2. **Failure to Comply with Mental Health Treatment:** The defendant failed to attend mental health appointments on September 5, 19, 25, 2023; October 2 and 9, 2023; November 20, 2023; December 5, and 19, 2023.

3. **Use/Possession of Illegal Drugs:** On December 6, 2023, the defendant provided a sample that tested positive for marijuana. The sample was confirmed positive for marijuana on December 7, 2023, by Abbott Toxicology Services. This sample was also reported to be diluted.

4. **Failure to Comply with Drug Testing:** On December 5, 2023, the defendant reported to the probation office for a meeting. A drug test was initiated where the defendant was unable to provide a sample. He was instructed by the testing officer to remain in the lobby until he is able to provide a sample. Defendant left the office without completing his test.

Prob 12C  
(Rev. 10/20 - D/SC)  
Page 3

5. **Associating with a Known Felon:** On November 8, 2023, the defendant was verbally instructed not to have contact with known felons and his codefendants, to include Zaquann Hampton. On November 30, 2023, USPO received a video of the defendant and Mr. Hampton on Facebook live listening to music and smoking was appears to be a blunt.

6. **Use/Possession of Illegal Drugs:** On October 11, 2023, the defendant provided a sample that tested positive for marijuana. This sample was confirmed positive for marijuana by Abbott Toxicology on October 16, 2023. Mr. Jones denied smoking marijuana and stated he used a vape pen he purchased at a gas station.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___December 20, 2023___

*Amberelle Wells* (signature)  
Amberelle N. Wells  
U.S. Probation Officer  
Charleston Office

Reviewed and Approved By:

*Kelli Frye* (signature)  
Kelli M. Frye  
Assistant Deputy Chief U.S. Probation Officer

---

**THE COURT ORDERS:**

☐   No action.

X   The issuance of a warrant.

   **The Petition and Warrant shall remain under seal until served by the United States Marshal Service.**

☐   The issuance of a summons.

---

**BOND CONSIDERATION:**

X   Bond to be set at the discretion of the United States Magistrate Judge.

☐   No bond to be set.

✎Prob 12C                                                                                                                      Page 4
  (Rev. 10/20 - D/SC)

☐    Other (specify):

                                                    _____
                                                    David C. Norton
                                                    United States District Judge

                                                    December 21, 2023
                                                    _____
                                                                    Date